UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:15-cr-49-Orl-31DAB
  18 U.S.C. § 1343
ROBERT LEE CRADDOCK   18 U.S.C. § 981 – Forfeiture
  28 U.S.C. § 2461(c) – Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNTS ONE AND TWO

1. Beginning on a date unknown to the Grand Jury, but no later than on or about June 1, 2010, and continuing until on or about November 1, 2010, in the Middle District of Florida,

**ROBERT LEE CRADDOCK**

the defendant herein, knowingly and willfully devised and participated in and intended to devise and participate in a scheme and artifice to defraud, and to obtain moneys and property by means of materially false and fraudulent pretenses, representations, and promises.

### Manner and Means

2. It was part of the scheme and artifice that **CRADDOCK** would and did submit to BP documents that contained materially false and fraudulent pretenses, representations, and promises. In particular, **CRADDOCK** would and did submit documents to BP that, among other things, contained materially false statements and representations concerning earnings from the defendant's

businesses.

3. It was further part of the scheme and artifice that **CRADDOCK** provided BP and GCCF with fictitious invoices to support the alleged earnings from his businesses.

4. It was further part of the scheme and artifice that in reliance upon the materially false statements and representations contained within the documents submitted by **CRADDOCK** to BP and GCCF that GCCF would and did send funds to **CRADDOCK** by means of wire communications in interstate commerce.

5. It was further a part of the conspiracy that **CRADDOCK** would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the scheme and the acts committed in furtherance of the scheme.

## Execution of the Scheme

6. On or about June 1, 2010, in the Middle District of Florida,

**ROBERT LEE CRADDOCK**

the defendant herein, for the purpose of executing the scheme and artifice described in Paragraphs One through Four, caused to be transmitted by means of wire communication in interstate commerce the following signals and sounds:

| Count | Date | Signals and Sounds |
|---|---|---|
| One | September 9, 2010 | Wire transfer of $66,000.00 from the Deep Horizon Oil Spill Trust account to the defendant's account at Regions Bank |
| Two | October 4, 2010 | Wire transfer of $51,700.00 from the Deep Horizon Oil Spill Trust account to the defendant's account at Regions Bank |

All in violation of Title 18, United States Code, Section 1343.

## **FORFEITURES**

1. The allegations contained in Counts One and Two of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 1343, the defendant, **ROBERT LEE CRADDOCK**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, a money judgment in the amount of $135,153.00, representing the proceeds obtained by the defendant as a result of committing the offense alleged in Counts One and Two of the Indictment.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Embry J. Kidd
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

ROBERT LEE CRADDOCK

## INDICTMENT

Violations:

18 U.S.C. § 1343

A true bill,

_____
Foreperson

Filed in open court this 11th day

of March, 2015.

_____
Clerk

Bail  $_____