AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL

2015 MAR 11 PM 3: 18

MIDDLE FLORIDA
ORLANDO

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ROBERT LEE CRADDOCK<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) |

Case No. 6:15-cr-49-ORL-31-DAB

2015 MAR 13 AM 8: US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO, FLORIDA    FILED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   ROBERT LEE CRADDOCK                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud.

In violation of Title 18, United States Code, Section 1343.

Date: 3/11/2015

_Issuing officer's signature_

City and state:   Orlando, Florida

SHERYL L. LOESCH, Clerk, United States District Court
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 3/11/15 , and the person was arrested on _(date)_ 3/12/15<br>at _(city and state)_ PORT ORANGE, FLORIDA . |
| Date: 3/12/15 |

_Arresting officer's signature_

PETER F. ANDREWS   SENIOR SPECIAL AGENT
_Printed name and title_