UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, Florida 32801

Sheryl L. Loesch
Clerk

Sara Boswell
Orlando Division Manager

**UNITED STATES OF AMERICA**

-vs-

Case No. 6:15-cr-49-Orl-31DAB

**ROBERT LEE CRADDOCK**

## NOTICE OF SURRENDERED PILOTS LICENSE

To: Federal Aviation Authority
Office Certification Branch AFS-760
Post Office Box 25082
Oklahoma City, Oklahoma 73125

    PURSUANT to Court Order entered on March 12, 2015 in the above styled case, the Defendant's pilots license, **Number 421887197**, was surrendered to the custody of the Clerk of Court on March 13, 2015. The defendant is not permitted to apply for the issuance of another pilots license during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | December 9, 1960 |
| Defendant's place of birth: | Louisiana, USA |
| Received by Clerk from: | Josh Pierce, Pre-trial Services |

SHERYL L. LOESCH, CLERK

By:    s/C. Herdeman, Deputy Clerk

March 13, 2015

Original to Case File
c:    Probation Office (if after Judgment)
     Passport Coordinator