# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

Sheryl L. Loesch
Clerk

Sara Boswell
Orlando Division Manager

## UNITED STATES OF AMERICA

## VS.                                        CASE NO: 6:15-cr-49-Orl-31DAB

## ROBERT LEE CRADDOCK

---

## NOTICE OF SURRENDERED U.S. PASSPORT

To:    U.S. Department of State
       CA/PPT/L/LA
       44132 Mercure Circle
       PO Box 1227
       Sterling, VA 20166-1227

**PURSUANT** to the Court's order entered on March 12, 2015 in the above styled case, the Defendant's passport, **Number 519294751** was surrendered to the custody of the Clerk of Court on March 13, 2015. The defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

| | |
|---|---|
| Defendant's date of birth: | December 9, 1960 |
| Defendant's place of birth: | Louisiana, USA |
| Passport received from: | Josh Pierce, Pre-trial Services |
| Passport issued to: | Robert Lee Craddock |
| Date of issuance: | April 30, 2014 |

SHERYL L. LOESCH, CLERK

By *Celeste Herdeman*
Celeste Herdeman, Deputy Clerk

March 13, 2015

Original to Case File
c:    Counsel and Unrepresented Defendant
      Pretrial Services (if before Judgment)
      Probation Office (if after Judgment)
      Appropriate Agency Listed Above
      Passport Coordinator