...

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:15-cr-49-Orl-31DAB

**ROBERT LEE CRADDOCK**

AUSA: Embry Kidd
Defense Attorney: Stephen Langs, Federal Public Defender

| JUDGE: | **KARLA R. SPAULDING** United States Magistrate Judge | DATE AND TIME: | **March 26, 2015** 10:05-10:11 |
|---|---|---|---|
| DEPUTY CLERK: | Edward Jackson | RECORDING: | Digital |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
## DETERMINATION OF COUNSEL HEARING/ARRAIGNMENT

Case called; appearances taken; procedural setting by the Court.
Defendant addressed the court regarding the status of his retaining counsel and his current financial status.
Court found that the defendant qualifies for appointment of counsel and appointed the Office of the Federal Public Defender.
Defendant waived formal reading of the Indictment and entered pleas of not guilty.
Court received the pleas and entered a scheduling order.