**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

                                  **CASE NO. 6:15-CR-49-ORL-31DAB**

**v.**

**ROBERT LEE CRADDOCK.,**

      **Defendant.**
_____/

**NOTICE OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, ROBERT LEE CRADDOCK, in the above-styled cause.

The Clerk is requested to remove Assistant Federal Defender, Stephen J. Langs, as the notice counsel, and enter the appearance of Stephen U. Baer, Assistant Federal Defender, as counsel for the Defendant.

Dated this 2nd day of April, 2015.

                                                    Donna L. Elm
                                                   Federal Defender

                                                   /s/ *Stephen U. Baer*
                                                   Stephen U. Baer
                                                   Assistant Federal Defender
                                                   Texas Bar No. 24025953
                                                   201 S. Orange Avenue, Suite 300
                                                   Orlando, Florida 32801
                                                   Telephone: 407-648-6338
                                                   Facsimile: 407-648-6095
                                                   E-Mail: stephen_baer@fd.org

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Notice of Appearance and Substitution of Counsel* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the following: **Embry Jerode Kidd**, Assistant United States Attorney, this the 2nd day of April, 2015.

*/s/ Stephen U. Baer*
Attorney for Defendant