UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      Case No. 6:15-cr-49-Orl-31DAB

ROBERT LEE CRADDOCK,

    Defendant.
_____/

## WAIVER OF SPEEDY TRIAL

Defendant, Robert Lee Craddock, by and through undersigned counsel, hereby freely and voluntarily waives his right to speedy trial under 18 U.S.C. § 3161 and the United States Constitution through and until the 30th day of September, 2015.

DATED this 1 day of April, 2015.

_____
Robert Lee Craddock
Defendant

_____
Stephen U. Baer
Bar No. 24025953
Assistant Federal Defender
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: stephen_baer@fd.org

Donna L. Elm
Federal Defender

/s/ Stephen U. Baer
Stephen U. Baer
Assistant Federal Defender
Texas Bar No. 24025953
201 S. Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
E-Mail: stephen_baer@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Waiver of Speedy Trial* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Embry Kidd, Assistant U.S. Attorney, this 5th day of March 2015.

/s/ Stephen U. Baer
Attorney for Defendant