**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:15-cr-49-Orl-31DAB**

**ROBERT LEE CRADDOCK**

---

**ORDER**

This cause comes before the Court on Defendant's Unopposed *ore tenus* Motion to Continue Trial (Doc. No. 23), made in open court April 13, 2015. The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial due to the need for additional time for the parties to review discovery in this case. 18 U.S.C. § 3161(h)(8)(A). Defendant filed a Waiver of Speedy Trial waiving through September 30, 2015, on April 2, 2015 (Doc. No. 21). The motion is therefore **GRANTED** and the trial in this case is continued to the **July, 2015**, trial term.

The Court hereby resets the status conference in this case for **Tuesday, June 23, 2015,** at **8:45 A.M.** before the Honorable Gregory A. Presnell, United States District Judge, in Courtroom #5A, United States Courthouse, 401 W. Central Blvd., Orlando, Florida. The defendant's presence is not required at the status conference.

**DONE** and **ORDERED** in Orlando, Florida on April 14, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant