**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:15-CR- 49 -Orl-31DAB

**ROBERT LEE CRADDOCK**
_____/

**MOTION TO MODIFY CONDITIONS OF RELEASE**

COMES NOW Robert Lee Craddock, the defendant, by and through counsel, Stephen U. Baer, to respectfully request this Court modify Mr. Craddock's conditions of release. In support of this Motion Mr. Craddock avers as follows:

1. On or about March 11, 2015, Mr. Craddock was indicted on two counts of knowingly and willfully devised and participated in and intended to devise and participate in a scheme and artifice to defraud, and to obtain moneys and property by means of materially false and fraudulent pretenses, representations, and promises.

2. On or about March 12, 2015, Mr. Craddock was brought before the magistrate for his Initial Appearance. The Government did not seek detention.

3. On or about March 12, 2015, this Court entered an Order of Release. Additional Conditions of Release states in paragraph 4 "Abide by the following restrictions on personal association, place of abode, or travel:  Defendant is restricted in residence and travel to the Middle District of Florida.

4. On or about March 26, 2015, Federal Defender's Office was appointed.

5. On or about April 2, 2015, undersigned counsel filed his Notice of Appearance.

6. On or about April 2, 2015, Mr. Craddock filed a Waiver of Speed Trial through September 30, 2015.

7. On June 4, 2015, undersigned counsel contacted Pre-Trial Services Office Mr. Josh Pierce. Mr. Pierce advised undersigned counsel that Pre-Trial Services is not opposed to this motion.

8. On or about June 10, 2015, Mr. Craddock would like to leave for a business meeting with World Church in College Park, Georgia, he would be returning on June 12, 2015.

9. Title 18 United States Code, Section 3145(a)(2) states that, "If a person is ordered release by a magistrate judge . . . (2) the person may file, with the court having original jurisdiction over the offense, a motion for amendment of the conditions of release.

10. On or about June 5, 2015, undersigned counsel conferred with AUSA Embry Kidd regarding this motion and he indicated that the Government is not opposed to this Motion.

FOR ALL THE FOREGOING REASONS, Mr. Craddock respectfully requests this Court to Modify his Conditions of Release to permit him to travel to College Park, Georgia for a business meeting with World Church.

Respectfully Submitted,
DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Stephen U. Baer*
Stephen U. Baer
Bar No. 24025953
Assistant Federal Defender
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Fax: (407) 648-6095
Email: Stephen_Baer@fd.org

**Certificate of Service**

I HEREBY CERTIFY that on this 5th day of June, 2015, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to the following:

Embry Kidd, AUSA

*Stephen U. Baer*
Stephen U. Baer
Assistant Federal Defender

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 6:15-CR-49-ORL-31DAB

**ROBERT LEE CRADDOCK**

_____/

_____

**ORDER**

THIS CAUSE having come before the Court upon the defendant's Unopposed Motion to Modify Condition of Release, and the Court being fully advised, it is ORDERED that the Motion is hereby GRANTED and the defendant is permitted to Travel to College Park, Georgia for a business meeting with World Changes Church as requested therein. DONE AND ORDERED at Tampa, Florida on this ____ day of June, 2015.The

_____
UNITED STATES MAGISTRATE
The Honorable Karla R. Spaulding