# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                        **Case No: 6:15-cr-49-Orl-31DAB**

**ROBERT LEE CRADDOCK**

AUSA: Embry Kidd
Defense Attorney: Stephen Baer, Federal Public Defender

| JUDGE: | **DAVID A. BAKER** United States Magistrate Judge | DATE AND TIME: | **June 22, 2015** 2:00 P.M. – 2:20 P.M. |
|---|---|---|---|
| DEPUTY CLERK: | Helyn LaTorre | RECORDING: | Digital |
| INTERPRETER: | None | PRETRIAL | No Appearance |

## CLERK'S MINUTES
## CHANGE OF PLEA

Case called, appearances taken
Procedural setting by court
Defendant placed under oath
Court advises defendant of charges
Court finds defendant competent to enter plea
Parties identify plea agreement in open court
Court advises defendant as to penalties
Court advises defendant as to right to trial
Defendant makes statement to the court
Government relies on statement of facts in plea agreement
Defendant enters plea of guilty to Counts One and Two of the Indictment
Court receives plea and will issue Report and Recommendation for the district judge
All pending motions are DENIED AS MOOT
Defendant remains on release status pending sentencing