# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                        **CASE NO: 6:15-cr-49-Orl-31DAB**

**ROBERT LEE CRADDOCK**

---

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, F.R. Cr.P. and Rule 6.01(c)(12),

Middle District of Florida Local Rules, and has entered a plea of guilty to Counts ONE through TWO of

the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects

mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the

offenses charged are supported by an independent basis in fact containing each of the essential elements

of such offense. I therefore recommend that the plea agreement and the plea of guilty be accepted and

that the Defendant be adjudged guilty and have sentence imposed accordingly. The Defendant remains on

conditions of release pending sentencing.

Date:  June 22, 2015

DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. Section 636(b)(1)(B), Rule 6.02 Middle District of Florida Local Rules.

Copies furnished to:

United States Attorney
Federal Public Defender