# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:15-cr-49-Orl-31DAB

ROBERT LEE CRADDOCK

---

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

The United States of America has no objection to the Report and Recommendation issued by the Magistrate Judge on June 22, 2015 regarding the plea of guilty entered by **ROBERT LEE CRADDOCK**.

June 22, 2015

_____
Assistant United States Attorney

Copies to:
United States Attorney
Federal Public Defender