# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:15-cr-49-Orl-31DAB

ROBERT LEE CRADDOCK

_____

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

Defendant **ROBERT LEE CRADDOCK** has no objection to the Report and Recommendation issued by the Magistrate Judge on June 22, 2015 regarding the plea of guilty entered by **ROBERT LEE CRADDOCK**.

June 22, 2015

_____
ROBERT LEE CRADDOCK

_____
Counsel for **ROBERT LEE CRADDOCK**

Copies to:
United States Attorney
Federal Public Defender