**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO.  6:15-cr-49-Orl-31DAB
(Forfeiture)

**ROBERT LEE CRADDOCK**

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court on United States' Motion for Entry of a Forfeiture Money Judgment in the amount of $117,700, Doc. 40, which, upon entry, shall be a final order of forfeiture as to defendant Robert Lee Craddock. The Court, being fully advised in the premises, hereby finds as follows:

1. That the Court found that as a result of Robert Lee Craddock's wire fraud offenses, in violation of 18 U.S.C. § 1343, $117,700 in proceeds were obtained by the defendant; and

2. That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the United States is entitled to a Forfeiture Money Judgment in the amount of $117,700 against the defendant Robert Lee Craddock.   Accordingly, it is hereby

**ORDERED, ADJUDGED**, and **DECREED** that the United States' motion is GRANTED. It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the defendant Robert Lee

Craddock is liable to the United States of America for a Forfeiture Money Judgment in the amount of $117,700.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, this 20th day of July, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of record