**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

versus                                                         Case No. 6:15-CR- 49 -Orl-31DAB

ROBERT LEE CRADDOCK
_____/

MOTION TO CONTINUE SENTENCING HEARING

Defendant ROBERT LEE CRADDOCK ("MR. CRADDOCK") by and through counsel moves to continue the sentencing hearing without opposition from the United States and respectfully states the following:

1. MR. CRADDOCK pleaded guilty on June 22, 2015, to two counts of wire fraud (18 U.S.C. § 1343) pursuant to a plea agreement while represented by Assistant Federal Defender Stephen Baer. (Doc 29).

2. This Honorable Court accepted the plea on June 29, 2015 (Doc 39) and set sentencing for September 14, 2015. (Doc 38).

3. On July 24, 2015 undersigned counsel entered his notice of appearance (Doc 42) after Mr. Baer suddenly ceased employment as an assistant federal defender.

4. Undersigned counsel represents the defendant in United States v. Porton, 6:15-cr-88-Orl-41KRS that is going to trial on August 10, 2015. In addition to representing many other defendants, undersigned counsel represents two defendants concerning separate homicides at USP Coleman that are being resolved through plea negotiations that require travel by undersigned counsel during August, 2015 to the federal medical facility at Springfield, Missouri and to the A.D.X facility in Florence, Colorado.

1

5. Undersigned counsel requires more time before the September 14, 2015 sentencing date to adequately review the materials and prepare a meaningful sentencing presentation in order to provide effective assistance of counsel to MR. CRADDOCK.

6. Undersigned counsel has contacted Assistant United States Attorney Embry Kidd and the United States does not oppose continuing the sentencing for one month so that undersigned counsel can provide effective representation to MR. CRADDOCK.

## MEMORANDUM

Granting or denying a continuance is a matter within the sound discretion of a trial judge. See *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986). 18 U.S.C. § 3161(h)(7)(B)(iv) requires the Court to consider whether the failure to allow a continuance would deny a reasonable time for effective and diligent preparation by counsel for the Government and/or the defendant. Here, additional time is needed to accommodate newly assigned defense counsel with an opportunity to fully review the materials and research the issues in this case in order to prepare a meaningful sentencing presentation in the most effective and efficient manner. Continuing the sentencing hearing will promote the ends of justice by allowing the Court to be fully informed on all relevant matters so that an appropriate sentence can be imposed under the advisory guidelines and the dictates of 18 U.S.C. § 3553(A). "The Act requires that when a district court grants an ends-of-justice continuance, it must 'se[t] forth, in the record of the case, either orally or in writing, its reasons' for finding that the ends of justice are served and they outweigh other interests." *Zedner v. United States*, 547 U.S. 489, 506 (2006). The

ends of justice are served by the efficient use of finite resources that will yield the best quality of litigation.

Wherefore, MR. CRADDOCK respectfully moves this Court to reschedule the sentencing hearing currently set to occur on September 14, 2015.

Respectfully Submitted

DONNA LEE ELM
FEDERAL DEFENDER

*/s/Larry B. Henderson*
Larry B. Henderson
Fla. Bar No. 0353973
Assistant Federal Defender
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Fax: (407) 648-6095
Email: larry_henderson@fd.org

**Certificate of Service**

I HEREBY CERTIFY that, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to A.U.S.A. Embry Kidd this 3rd day of August, 2015.

*/s/Larry B. Henderson*
Larry B. Henderson
Fla. Bar No. 0353973
Assistant Federal Defender
201 S. Orange Ave., Suite 300
Orlando, Florida 32801
Telephone: (407) 648-6338
Fax: (407) 648-6095
Email: larry_henderson@fd.org