# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                          **CASE NO: 6:15-cr-49-Orl-31DAB**

**ROBERT LEE CRADDOCK**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING (Doc. No. 43)** |
| **FILED:** | **August 3, 2015** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

The sentencing hearing scheduled for September 14, 2015, is rescheduled to **Monday, October 26, 2015, at 11:00 a.m.**   Counsel for the parties shall notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing hearing will be longer than 45 minutes. The Court will not accept motions/memoranda not filed at least three business days prior to sentencing.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2015.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant